FROM: THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT, COUNTY OF YELLOWSTONE.

STATE OF MONTANA,
                    Plaintiff,                              NO. DC-88-238
        vs.                                                    DECISION

RIGOBERTO ACEVES,
                    Defendant.

On May 10, 1989, the Defendant was sentenced to thirty (30 years for Sexual Intercourse Without Consent; and was given credit for 302 days served.

On April 23, 1990, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Art Hoene, of the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall remain the same as originally imposed.

The reason for the decision is based upon Rule 17 of the Rules of the Sentence Review Division.